■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PITTMAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered July 19, 1984, convicting him of attempted burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court's charge as to both direct and circumstantial evidence was correct. We have examined the defendant's remaining contentions and find them to be without merit. Mangano, J. P., Bracken, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH RIDDICK, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Ain, J.), rendered April 6, 1984, convicting him of burglary in the third degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.